PER CURIAM.

(No. 74-CC-570— 

TOUCHE ROSS & COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed November 6, 1974.*

BELL, BOYD, LLOYD, HADDAD & BURNS, Attorney for Claimant.

148

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.